UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER J. MADERIA,

                Plaintiff,

-against-

THE VILLAGE OF SOUTH BLOOMING GROVE,

                Defendant.

24-CV-7733 (JGLC)

ORDER OF DISMISSAL

JESSICA G. L. CLARKE, United States District Judge:

       Plaintiff brings this *pro se* action against the Village of South Blooming Grove. Plaintiff also submitted to this Court a substantially similar complaint naming the same Defendant, which is pending before the Honorable Kenneth M. Karas of this Court under docket number 24-CV-7659 (KMK). Because this complaint raises the same claims as those raised in the pending action, no useful purpose would be served by the litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending action under docket number 24-CV-7659 (KMK).[1]

## CONCLUSOIN

       The Court dismisses Plaintiff's complaint as duplicative of his pending action under docket number 24-CV-7659 (KMK).

SO ORDERED.

Dated:   October 24, 2024
            New York, New York

                                         */s/ Jessica Clarke*

                                         JESSICA G. L. CLARKE
                                         United States District Judge

---

[1] Plaintiff paid the filing fees for the action pending before Judge Karas, but has not paid the filing fees for this action.